██ CINDY M. APPOLSON, Respondent, v DAVID P. LAROCCO et al., Defendants, and GENERAL MOTORS CORPORATION, Appellant. [847 NYS2d 498]—Appeal from an order of the Supreme Court, Erie County (Patrick H. NeMoyer, J.), entered November 13, 2006 in a personal injury action. The order denied the motion of defendant General Motors Corporation for summary judgment dismissing the amended complaint against it.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed with costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Smith, Centra, Lunn and Peradotto, JJ.